IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: FANSTEEL INC., ET AL. [1], ) <br> ) <br> Fansteel Inc. ) <br> ) <br>            Plaintiff ) <br> ) <br> v ) <br> ) <br> Crossroads Bits & Sales, LLC ) <br> ) <br>            Defendant ) | Civil Action No. 04-527 (JJF) <br><br><br> Adversary Case No. 04-51075 (PBL) <br> Bankruptcy Case No. 02-10109 (JJF) |

### ORDER GRANTING JUDGMENT
### BY DEFAULT AGAINST CROSSROADS BITS & SALES, LLC

Plaintiff Fansteel, Inc. through its counsel filed the Plaintiff's Motion for Entry of Default Judgment Against Crossroads Bits & Sales LLC. (the "Motion") in this Adversary Proceeding. The Court has reviewed the Motion and finds that: (a) the court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) the Motion complies with the requirements of chapter 11 of title 11 of the United States code and this Court; (c) the Defendant Crossroads Bits & Sales, LLC. has failed to file an answer or other responsive pleading in accordance with rule 7012 of the Federal Rules of Bankruptcy Procedure; and (d) the relief sought in the Motion is appropriate in the instant circumstances.

Accordingly, it is hereby ORDERED that:

1. The Motion is GRANTED.

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

      2.      The Plaintiff is awarded judgment in the amount of $12,070.84 plus costs in the amount of $150.00 for a total of $12,220.84.

Dated:_____, 2005

                                                            _____
                                                           The Honorable Joseph J. Farnan, Jr.
                                                           United State District Judge