IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FANSTEEL INC., ET AL. [1], | ) | |
| | ) | |
| Fansteel Inc. | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 04-527 (JJF) |
| | ) | |
| v | ) | |
| | ) | |
| Crossroads Bits & Sales, LLC | ) | |
| | ) | Adversary Case No. 04-51075 (PBL) |
| Defendant | ) | Bankruptcy Case No. 02-10109 (JJF) |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 11th day of March 2005, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
JUDGMENT AGAINST CROSSROADS BITS & SALES, LLC

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

Service List
Crossroads Bits & Sales, LLC

***Via First Class Mail and Certified Mail/Return Receipt Requested***
Crossroads Bits & Sales, L.L.C.
Attn: Officer/Director/Manager/Partner
7921 South Fork Road
Pound, VA 24279

***Via First Class Mail and Certified Mail/Return Receipt Requested***
Mike Prichard, Registered agent for Crossroads Bits & Sales, L.L.C.
7921 South Fork Road
Pound, VA 24279

5