IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: FANSTEEL INC., ET AL. [1], | ) | |
| | ) | |
| Fansteel Inc. | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 04-527 (JJF) |
| | ) | |
| v | ) | |
| | ) | |
| Crossroads Bits & Sales, LLC | ) | |
| | ) | Adversary Case No. 04-51075 (PBL) |
| Defendant | ) | Bankruptcy Case No. 02-10109 (JJF) |
| | | **Related Docket No. 8** |

**ORDER GRANTING JUDGMENT
BY DEFAULT AGAINST CROSSROADS BITS & SALES, LLC**

Plaintiff Fansteel, Inc. through its counsel filed the Plaintiff's Motion for Entry of Default Judgment Against Crossroads Bits & Sales LLC (the "Motion") in this Adversary Proceeding. The Court has reviewed the Motion and finds that: (a) the court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) the Motion complies with the requirements of chapter 11 of title 11 of the United States code and this Court; (c) the Defendant Crossroads Bits & Sales, LLC. has failed to file an answer or other responsive pleading in accordance with rule 7012 of the Federal Rules of Bankruptcy Procedure; and (d) the relief sought in the Motion is appropriate in the instant circumstances.

Accordingly, it is hereby ORDERED that:

1. The Motion is GRANTED.

---

[1] The Reorganized Debtors are the following entities: Fansteel Inc. and Wellman Dynamics Corp.

    2.  The Plaintiff is awarded judgment in the amount of $12,070.84 plus costs in the amount of $150.00 for a total of $12,220.84.

Dated:_____, 2005

                   _____
                   The Honorable Joseph J. Farnan, Jr.
                   United State District Judge